

JS 44 (Rev. 12-07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

MITCHELL E. BOUYER SR., MARTHA E. BOUYER

## DEFENDANTS

INDYMAC FEDERAL BANK and
DOE DEFENDANTS 1 TO 10 INCLUSIVE

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

PROPRIA PERSONA (650) 245-7445 CELL
MARTHA E. BOUYER, P.O. BOX 138, BRISBANE, CA  94005

Attorneys (If Known)

N/A

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff

☒ 3  Federal Question (U.S. Government Not a Party)

☐ 2  U.S. Government Defendant

☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☒ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☒ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | Alien Detainee | | ☐ 950 Constitutionality of |
| | Other | | ☐ 465 Other Immigration | | State Statutes |
| | ☐ 440 Other Civil Rights | | Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
TITLE 28 USC 1983

Brief description of cause:
Fraud, Usury, Abuse of Process, Intentional Infliction of Emotional Distress, Trespassing

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $**
4,000,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):   JUDGE _____   DOCKET NUMBER _____

DATE   12-15-08

SIGNATURE OF ATTORNEY OF RECORD   Mitchell E. Bouyer Sr.

**FOR OFFICE USE ONLY**

AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

1   MITCHELL E. BOUYER SR.,
    MARTHA E. BOUYER
2   P.O. BOX 138
3   BRISBANE, CA 94005

4
    PLAINTIFF(S): In Propria Persona
5

6

7                    IN THE UNITED STATES DISTRICT COURT
                       NORTHERN DISTRICT OF CALIFORNIA
8

9   MITCHELL E. BOUYER SR.,                    )
10  MARTHA E. BOUYER                           )
                                               )    CV 08          5582
11                                             )    CASE NO:                   EDL
    Plaintiff(s)                               )
12                                             )    PLAINTIFF(S) VERIFIED
                                               )    COMPLAINT FOR DAMAGES
13                                             )
    -vs-                                       )
14                                             )
    INDYMAC FEDERAL  BANK                      )    1. **FRAUD**
15                                             )    2. **USURY**
    AND DOES 1 TO 10 Inclusive                 )    3. **ABUSE OF PROCESS**
16                                             )    4. **INTENTIONAL INFLICTION OF**
17                                             )       **EMOTIONAL DISTRESS**
                                               )    5. **TRESSPASSING**
18                                             )
    Defendant(s)                               )
19                                             )
                                               )
20                                             )
                                               )
21                                             )
22

23                          **GENERAL ALLEGATIONS:**

24

25      1.      Plaintiff(s), MITCHELL E. BOUYER SR. and MARTHA E. BOUYER.,

26      [hereinafter, **"Plaintiff(s)"**] is currently and at all times herein mentioned, the

27      individuals residing in The City of Brisbane, County of San Mateo and of

28      The State of California.

1

2.     Defendants INDYMAC FEDERAL BANK, AND DOES 1 to 10 Inclusive,

Are, and at all times mentioned herein an unknown business entity doing business in

the City of Brisbane, County of San Mateo, State of California.

3.     Plaintiff(s) MITCHELL E. BOUYER SR. and MARTHA E. BOUYER, are

Informed and believe and thereupon allege on such basis that DOES 1 TO 10,

INCLUSIVE are legally responsible for the acts alleged herein and are sued by such

fictitious names, because Plaintiff(s) have not yet been able to ascertain their true names

and identities. Upon ascertainment of such information, Plaintiff(s) will seek leave of

court to amend     and serve this Complaint and any changes thereto to specifically

identity said **DOE DEFENDANTS 1 TO 10, INCLUSIVE** by their true names and

capacities.

4.     Plaintiff(s) are informed and believe thereupon allege that at all times herein

Mentioned, **the Defendants, and all of them** and Doe Defendants 1 to 10 were the

agents, employee, employer, servants, representatives of each of the remaining

Defendants and were acting at all times mentioned herein, within the scope and course

of such relationship and with the knowledge, consent, and/or ratification of the other

Defendants and that each of the acts or omissions alleged herein were performed

within the scope and course of that relationship as well as within their own specific

individual capacities.

5.     The obligation sued upon herein was incurred in and is payable in the City of

BRISBANE, The County of San Mateo, and in The State of California.

2

1

## FIRST CAUSE OF ACTION:

2

3

### {FRAUD against all Defendants and Does 1 to 10 Inclusive}

4

5   6.    Plaintiff(s) hereby reference hereto and incorporate paragraphs 1 through 16,

6         inclusive, of this Complaint by this reference, as though set forth fully herein.

7   7.    Plaintiff(s) caused to be delivered to The Defendants, and all of them, and Doe

8         Defendants 1 to 10 , the UCC filing and other documentation, with the knowledge

9         and agreement that such would act as, and prove ownership of certain Real Property

10        located in the City of Brisbane, the County of San Mateo, at:

11        88 Beatrice Road, Brisbane, CA  94005, [hereinafter, THE PROPERTY].

12

13  8.    Subsequently, the Plaintiff(s) entered into an agreement associated with THE

14        PROPERTY and the Defendants and all of them and Doe Defendant 1 to 10, agreed

15        to act in a manner which was to the sole benefit of the Plaintiff(s).

16  9.    Recently, Plaintiff(s) came to find that the Defendants, and all of them, and Doe

17        Defendants 1 to 10, failed to disclose certain facts that they were necessarily required

18        to disclose, and went further to conceal such facts known by each of the Defendants

19        and all of them, and Doe Defendants 1 to 10.

20

21  10.   The Defendants, and all of them and Doe Defendants 1 to 10, did in fact owe a

22        Fiduciary duty to the Plaintiff(s) and an absolute duty to disclose anything which

23        might be relevant to fraudulent activity by any of its associates and/or employees.

24

25  11.   The Defendants, and all of them and Doe Defendants 1 to 10, knew that the

26        Plaintiff(s) were not aware of the material facts not disclosed by the Defendants, and

27        all of them, including Doe Defendants 1 to 10 Inclusive.

28

3

12.     The Defendants, and all of them including Doe Defendants 1 to 10 Inclusive, concealed such material facts within their own files and records and used their titles as Officers to intimidate, and illegally steal the property of the Plaintiff(s).

13.     The Defendants, and all of them including Doe Defendants 1 to 10 Inclusive, knowingly acted with a total disregard for the truth of the material facts.

14.     The Defendants and all of them knew, including Doe Defendants 1 to 10 Inclusive, that they were acting under color of Law and that the Plaintiff(s) had Remedy under actual Law and did not disclose this to the Plaintiff(s).

15.     The Defendants and all of them including Doe Defendants 1 to 10 Inclusive, knew that their actions through the misrepresentation of the facts would immediately cause the Plaintiff(s) injuries, and that without the willful, intentional and fraudulent actions of the Defendants, and all of them, including Doe Defendants 1 to 10 Inclusive, the Plaintiff(s) would not have been made to suffer any injuries.

16.     The Defendants, and all of them including Doe Defendants 1 to 10 Inclusive, knew that their misrepresentations would in fact become the predominant, decisive and substantial factors in obtaining the confidence and influencing the course of the conduct of the Plaintiff(s).

## SECOND CAUSE OF ACTION:

### {USURY against all Defendants and Does 1 to 10 Inclusive}

17.     Plaintiff(s) hereby reference hereto and incorporate paragraphs 1 through 20, inclusive, of this Complaint by this reference, as though set forth fully herein.

4

18. The Defendants, and all of them including Doe Defendants 1 to 10 Inclusive, Refused to honor the Contract.

19. The Defendants, and all of them, including Doe Defendants 1 to 10 Inclusive, did not disclose to the Plaintiff(s) that their Promissory Note was the instrument used to secure the credit to purchase the home, and that the bank actually got paid up front on the home using the Plaintiff(s) purchasing, and then immediately sold the Promissory Note, and got paid on it again, without disclosing these facts, to the Plaintiff(s), and then charged interest on credit created by the Promissory Note, including Doe Defendants 1 to 10 Inclusive.

### *See Blacks Law Dictionary 6th Edition USURY*

*Charging an illegal rate of interest, an illegal contract for a loan or forbearance of money, goods, or things in action, by service was taken. The bank never disclosed the fact that when the plaintiff signed the promissory note, the money for the loan was created, and the bank never lent money, they lent credit.*

20. The Defendants, and all of them including Doe Defendants 1 to 10 Inclusive, agreed to violate the Plaintiff(s) rights, and acting in a bullish, and threatening manner, causing irreparable harm to the Plaintiff(s).

## THIRD CAUSE OF ACTION:

### {ABUSE OF PROCESS against all Defendants and Does 1 to 10 Inclusive}

21. Plaintiff(s) hereby reference hereto and incorporate paragraphs 1 through 26, Inclusive, of this Complaint by this reference, as though set forth fully herein.

5

22.     The Defendants, and all of them, including Doe Defendants 1 to 10 Inclusive, while making specific use of their superior knowledge and skills in the area of **LAW**, formulated a plan of operation to create, and design documentation to present to the Plaintiff(s), all in an effort to gain the trust of the Plaintiff(s), to harm and defraud the Plaintiff(s).

23.     The Defendants, and all of them, including Doe Defendants 1 to 10 Inclusive, worked together to produce, manufacture and present to the Plaintiff(s), documentation the Defendants and all of them knew to be false, falsified, and untrue.

24.     The Defendants, and all of them including Doe Defendants 1 to 10 Inclusive, knew that the Plaintiff(s) were unaware of the falsity of the representations made to the Plaintiff(s), and that such falsification would result in harm, damage, and not only immediate pecuniary loss, but financial loss to the Plaintiff(s) as well.

25.     The Defendants, and all of them including Doe Defendants 1 to 10 Inclusive, have a *documented history* of the illegal and unauthorized use of their superior **LAW**, experience and skills to harm unsuspecting individuals seeking to protect themselves.

26.     The process used in this matter was not designed to be used in this capacity to fraudulently intimidate, nor injure the Plaintiff(s).

## FOURTH CAUSE OF ACTIONS:

## {
## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS}

### {Against all Defendants and Does 1 to 10 Inclusive}

27.    Plaintiff(s) hereby reference hereto and incorporate paragraphs 1 through 28, inclusive, of this Complaint by this reference, as though set forth fully herein.

28.    The Defendants and all of them, including Doe Defendants 1 to 10 Inclusive, intentionally, recklessly and without regard to the probability of the emotional distress their conduct would cause to The Plaintiff(s), intentionally provided false information, and even physically came onto THE PROPERTY without the expressed written permission of The Plaintiff(s). And, "BUT FOR" the unjustified malicious and callous conduct on the part of the Defendants, the Doe Defendants, and all of them, the Plaintiff(s) MITCHELL E. BOUYER SR. AND MARTHA E. BOUYER, would not have suffered damages from the continued intrusion by the Defendants and all of them.

## **FIFTH CAUSE OF ACTIONS:**

### **{TRESSPASSING}**

### **{Against all Defendants and Does 1 to 10 Inclusive}**

29.    Plaintiff(s) hereby reference hereto and incorporate paragraphs1 through 30, Inclusive, of this Complaint by this reference, as though set forth fully herein.

30.    The Defendants and all of them, including Doe Defendants 1 to 10 Inclusive, did knowingly and willingly *TRESSPASS* on private Land protected by a Federal Land Patent, after seeing the signs posted and the penalty for *TRESSPASSING* then knowingly and willingly accepted the contract, and *TRESSPASSED*.

7

**WHEREFORE, MITCHELL E. BOUYER SR. AND MARTHA E. BOUYER,**

(The Plaintiff(s) prays for judgment against each Defendant, including Doe Defendants

1 to 10 Inclusive, in each cause of action as follows:

        1.]    **SPECIAL DAMAGES** in the amount of **$2,000,000.00+**

        2.]    **GENERAL DAMAGES** in the amount of **$2,000,000.00+**

        3.]    For all costs and fees incurred for this lawsuit

        4.]    For any such other or further relief as this Court deems just, fair or

Appropriate.

DATED: _12 / 07 / 2008_

                            _Mitchell E Bouyer Sr_
                              MITCHELL E. BOUYER SR.
                              Plaintiff(s) in Pro Per

                              _Martha E Bouyer_
                              MARTHA E. BOUYER
                              Plaintiff(s) in Pro Per

VERIFICATION/DECLARETION OF:

**MITCHELL E. BOUYER SR. AND MARTHA E. BOUYER,**

We, **MITCHELL E. BOUYER SR. AND MARTHA E. BOUYER**, acting In

Pro Per, hereby declare under the penalty of perjury that I/We have read this

**COMPLAINT FOR DAMAGES** and we further declare that under the penalty of

perjury that the statements contained herein are true and correct to the best of my/our

knowledge, except as those matters stated upon information and belief, and as to those

matters, we believe them to be true.

This verification/declaration has been executed on December _07_, 2008, in the

City of Brisbane, The County of San Mateo, and in The State of California.


DATED: 12/_07_/08

                                    MITCHELL E. BOUYER SR.
                                    **Plaintiff(s) in Pro Per**


                                    MARTHA E. BOUYER
                                    **Plaintiff(s) in Pro Per**

9

# CALIFORNIA JURAT WITH AFFIANT STATEMENT

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], *not* Notary)



Signature of Document Signer No. 1                    Signature of Document Signer No. 2 (if any)

State of California

County of S̲c̲a̲n̲ ̲F̲r̲a̲n̲c̲i̲s̲c̲o̲



Subscribed and sworn to (or affirmed) before me on this

15th day of December, 20 08, by
    Date                    Month                    Year

(1) Mitchell C. Booker Sr,
                Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me (.) (,)

(and

(2) Martha E. Booker
                Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me.)

Signature _____
                        Signature of Notary Public



Place Notary Seal Above

## — OPTIONAL —

*Though the information below is not required by law, it may prove
valuable to persons relying on the document and could prevent
fraudulent removal and reattachment of this form to another document.*

**Further Description of Any Attached Document**

Title or Type of Document: Complaint for Damages

Document Date: 12/12/08 _____ Number of Pages: 11

Signer(s) Other Than Named Above: _____

| RIGHT THUMBPRINT OF SIGNER #1 | RIGHT THUMBPRINT OF SIGNER #2 |
|---|---|
| Top of thumb here | Top of thumb here |
|  |  |

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5910   Reorder: Call Toll-Free 1-800-876-6827