ORIGINAL

FILED

09 JUN 10 PM 3: 53

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  MITCHELL E. BOUYER, SR
2  MARTHA E. BOUYER
3  P.O. Box 138
   Brisbane, CA 94005
4

5  Plaintiffs in pro per
6

7

8

9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12

13  MITCHELL E. BOUYER, SR.,              ) Case No.: CV 08-05582-EDL
14  MARTHA E. BOUYER                      )
                                          ) AMENDMENT TO COMPLAINT TO
15            Plaintiff,                   ) SUBSTITUTE A NEW DEFENDANT
16                                        ) PARTY
      vs.                                 )
17                                        )
18  FEDERAL DEPOSIT INSURANCE             )
    CORPORATION , as Receiver For         )
19  Indymac Bank, FSB and as              ) Action Filed: 12/15/2008
    Conservator For Indymac Federal       )
20  Bank  formerly known as INDYMAC       )
21  FEDERAL BANK, AND DOES 1 TO           )
    10,  inclusive,                       )
22
23            Defendants
24

25       In accordance with court directive Plaintiffs,  Mitchell E. Bouyer, Sr.
26  and Martha E. Bouyer  (collectively "Bouyer") hereby amend the complaint
27  to substitute the proper defendant party  Federal Deposit Insurance
28
                                    1

    AMENDMENT TO COMPLAINT TO SUBSTITUTE A NEW PARTY

Corporation , as Receiver For Indymac Bank, FSB and as Conservator For Indymac Federal Bank: ("FDIC") is substituted for and in the place of the entity formerly known as " Indymac Federal Bank"

Dated: June 10, 2009          Respectfully submitted,

: MITCHELL E. BOUYER, SR. Plaintiff

: MARTHA E. BOUYER, Plaintiff

2

AMENDMENT TO COMPLAINT TO SUBSTITUTE A NEW PARTY

1

**CERTIFICATION OF SERVICE**

2

3      I HEREBY CERTIFY that a true and correct copy of the foregoing

4    AMENDMENT TO COMPLAINT TO SUBSTITUTE A NEW DEFENDANT
5    PARTY

6     has been furnished to counsel for defendant Federal Deposit Insurance

7    Corporation, as Receiver For Indymac Bank, FSB and as Conservator For

8    Indymac Federal Bank:

9          Janice Vaughn Mock
          Patrick J. Richard
10         Nossaman LLP
11         50 California Street, 34th Floor
12         San Francisco, CA 94111

13         Tel. 415.398.3600

14         Facsimile: 415.398.2438

15

16    by U.S. mail with sufficient postage affixed to, this 10th day of June, 2009.

17

18                                    Tony Luscky
19                                    Declarant

20

21

22

23

24

25

26

27

28
                                             3

      AMENDMENT TO COMPLAINT TO SUBSTITUTF A NEW PARTY