UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MITCHELL BOUYER, et al.,

    Plaintiffs,

vs.

INDYMAC FEDERAL BANK, et al.,

    Defendants.

No. 08-CV-5582-EDL

**ORDER DISMISSING CASE PURSUANT TO FED. R. CIV. P. 4(m)**

On June 18, 2009, this Court denied Plaintiffs' ex parte motion for a preliminary injunction and temporary restraining order. In the Order, the Court instructed Plaintiffs to effectuate service on the proper parties by no later than July 20, 2009. It appears that no further action was taken by Plaintiffs and no proofs of service were filed. The Court set a Case Management Conference for August 23, 2011, but notice to Plaintiffs was returned to the Court as undeliverable.

Federal Rule of Civil Procedure 4(m) provides that the Court "must dismiss the action without prejudice against that defendant or order that service be made within a specified time" if the defendant is not served within 120 days after the complaint is filed, but "must extend the time for service for an appropriate period" upon a showing of good cause for the failure to timely serve. See Fed. R. Civ. P. 4(m). The Court has previously set a firm deadline for service of

1  defendants to take place over two years ago, and no further action was taken by Plaintiff. Therefore,
2  this matter is hereby DISMISSED WITHOUT PREJUDICE.

5     IT IS SO ORDERED.

7  Date: August 19, 2011

ELIZABETH D. LAPORTE
United States Magistrate Judge
Northern District of California

2

**ENDNOTES**